# Court of Appeals
# of the State of Georgia

ATLANTA,  March 12, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1265.  RANDY GENTRY v. STATE OF GEORGIA.**

Randy Gentry filed a notice of appeal to this Court following the trial court's denial of his petition for habeas corpus.[1] The Supreme Court has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4).  This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  03/12/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Gentry later filed a notice of appeal to the Supreme Court from an order entered in May 2012.  The case, however, has been docketed in this Court.